Lisa Lunsford, State Bar #206044
Homeless Action Center
2500 Martin Luther King, Jr. Way
Berkeley, CA 94704
Phone: (510) 540-0878
Fax: (510) 540-0403

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHUONG DANH,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-05192 JCS<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff shall have an extension of 60 days in which to file a motion for summary judgment or remand. Plaintiff's response was due on June 22, 2006, pursuant to Civil L.R.16-5. Plaintiff's response is now due on August 21, 2006.

/

/

/

/

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY
JUDGMENT - C-05-05192 JCS

This is plaintiff's first request for an extension of time.

Dated: June 13, 2006          /S/
                              LISA LUNSFORD
                              Attorney for Plaintiff


                              KEVIN V. RYAN
                              United States Attorney

Dated: 6/13/06         By:    /S/
                              SARA WINSLOW
                              Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June 16, 2006
                              JOSEPH C. SPERO
                              United States Magistrate Judge

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT - C-05-05192 JCS