1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   PETER THOMPSON, SBN HI 5890
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHUONG DANH, ) | CIVIL NO. 3:05-cv-5192 JCS |
|    Plaintiff, ) | |
| ) | |
|       v. ) | STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, ) | PURSUANT TO THE EQUAL ACCESS TO |
| Commissioner of ) | JUSTICE ACT (EAJA) |
| Social Security, ) | |
|    Defendant. ) | |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff, as Plaintiff's assignee, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand Five Hundred and 00/100 DOLLARS ($4,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees and costs under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of Four Thousand Five Hundred and 00/100 DOLLARS ($4,500.00), shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees and costs in connection with this action, without prejudice to any future request for fees under the Social

Security Act, 42 U.S.C. § 406(b).

Dated: *November 15, 2007*     /s/ *Lisa Lunsford*
                                                 *(As authorized via e-mail and facsimile on November 15, 2007*)

LISA LUNSFORD
HOMELESS ACTION CENTER
Attorney for Plaintiff


SCOTT N. SCHOOLS
United States Attorney


Dated: *January 26, 2008*     By:  /s/ *Peter Thompson*
                                                PETER THOMPSON
                                                Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: Feb. 1, 2008

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE